Etta Moore, Individually and as Administratrix, etc., of William S. Smith, Deceased, Respondent, v. Peter R. Finger, as Administrator, etc., of Augusta C. Smith, Deceased, Appellant.— Motion granted.

In the Matter of the Application of Ira E. Betts, Late of the Town of Delhi, Deceased, by Minnie H. Betts, as Executrix, etc., of said Ira E. Betts, Deceased, and as Property Owner, to Alter and Lay Out a New Highway in the Town of Delhi, Delaware county, New York, and the Assessment of Damages Therefor.—Motion denied.    Appellant may serve case within sixty days.

John McAuliff, Respondent, v. Elizabeth Elliott, Impleaded with Others, Appellant.— Motion denied.    Appellant may perfect appeal within twenty days.

In the Matter of the Application of Charles E. McCarthy for License and Admission to Practice as an Official Examiner of Title.— Application granted.

In the Matter of the Petition of Maynard N. Clement, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 24,965 Issued to Charles B. Hunt.— Motion denied.

· The People of the State of New York, Respondent, v. Natural Carbonic Gas. Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Jabez C. Pierce, Respondent, v. The Supreme Tent of the Knights of the Maccabees of the World, Appellant.— Judgment reversed on law and facts and new trial granted, with costs to appellant to abide event, upon authority of *Mock* v. *Supreme Council* (121 App. Div. 474) and of *Wright* v. *Knights of Maccabees* (122 id. 904).    All concurred.

The People of the State of New York v. The Bank of Staten Island.— Motion denied.

J. Warren Pond v. William J. B. Williams.— Motion denied.

The People of the State of New York v. Henry H. Fisher.— Motion granted, unless defendant serves printed case within thirty days and brings on appeal for argument at the next term of court, in which event motion denied.

Michael · Tobbah, Appellant, v. La Campagnie Generale Transatlantique, Respondent.— Motion granted as upon default.